# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Charles H. Thompson, Sr., et al.           *
        Plaintiff(s)
                                *

vs.                                                              Civil No.: JFM 02-3909

                                *

AcandS, Inc., et al.
        Defendant(s)           *

******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 3rd day of April 2003

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

                                                        /s/
                                                  Judge Frederick Motz
                                                  United States District Judge